UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BERTRAM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GISELLE MATTESON,<br><br>　　　　Respondent. | Case No. 2:21-cv-00231-JDP (PC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is incarcerated at California State Prison Solano, which lies in this district. However, his petition challenges a conviction imposed by the Los Angeles County Superior Court, which lies in the United States District Court for Central District of California. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *see id.* at 499 n.15; 28 U.S.C. § 2241(d).

    Accordingly, in the furtherance of justice, it is hereby ORDERED that this matter is transferred to the United States District Court for the Central District of California.

1 | IT IS SO ORDERED.

2

3 | Dated:   February 8, 2021                                  /s/ Jeremy Peterson
                                                                JEREMY D. PETERSON
4 |                                                             UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2