# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1210-ODW(E) | Date | March 11, 2021 |
|---|---|---|---|
| Title | TIMOTHY BERTRAM v. GISELLE MATTESON | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None

**Attorneys Present for Defendants:** None

**Proceedings:**  (IN CHAMBERS)

On February 5, 2021, Petitioner, a state prisoner, filed a Petition seeking enforcement of a particular state court ruling.  According to the Petition and other papers filed by Petitioner, the state court ruling in question should have resulted in Petitioner's release from state prison.

On March 10, 2021, Respondent filed a "Response, etc.," appearing to represent that the state court ruling in question now has been enforced and that Petitioner will be released from state prison on March 11, 2021.

Therefore, it is ordered that, within twenty-one (21) days of the date of this order, Petitioner shall show cause, if there be any, why this action should not be dismissed as moot.  Failure timely to show such cause may result in the dismissal of this action.

cc:   Judge Wright
      Petitioner
      Counsel for Respondent

Initials of Deputy Clerk   VMUN